1
2
3
4
5
6
7
8
9         UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>  v.<br><br>JOAN E. SANDERS, in individual and representative capacity as trustee of the Joan Elizabeth Sanders Separate Property Trust dated January 20, 2006; PICO CAFE, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case No.: 2:19-CV-02677-DSF-JC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Good cause appearing based on the parties' joint request to dismiss this action pursuant to Rule 41, the Court hereby dismisses this case with prejudice, each side to bear its own costs and attorneys' fees.


   IT IS SO ORDERED.

  Date: October 8, 2019           _Dale S. Fischer_

                           Dale S. Fischer
                           United States District Judge

*Approved as to form:*

Dated: October 8, 2019          CENTER FOR DISABILITY ACCESS

                      By:   */S/Amanda Lockhart Seabock*
                            Amanda Lockhart Seabock
                            Attorneys for Plaintiff

Dated: October 8, 2019          ACKERMANN & TILAJEF, P.C.

                      By:   */S/Craig J. Ackermann*
                            Craig J. Ackermann
                            Sam Vahedi
                            Attorneys for Defendant Pico Café, Inc.

Dated: October 8, 2019          LAW OFFICES OF ALBERT CHANG

                      By:   */S/ Hyunsuk Albert Chang*
                             Hyunsuk Albert Chang
                            Grace H. Jang
                            Attorneys for Defendant Joan E. Sanders